UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO. 8:19 cr 68 T 24 TGW
                                                      18 U.S.C. § 2422(b)
RICHARD FRANKLIN JENSEN, III                          18 U.S.C. § 1470
          a/k/a "Frank"

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

From on or about May 23, 2015, through on or about June 4, 2015, in

the Middle District of Florida, and elsewhere, the defendant,

RICHARD FRANKLIN JENSEN, III,
a/k/a "Frank,"

using a facility and means of interstate commerce, that is, a computer, did

knowingly attempt to persuade, induce, entice, and coerce an individual who

had not attained the age of 18 years, to engage in sexual activity for which any

person could be charged with a criminal offense under the laws of the State of

Florida, that is, the crime of lewd or lascivious battery upon a person less than

16 years of age, in violation of Fla. Stat. §§ 800.04(4)(a) and (4)(b).

In violation of 18 U.S.C. § 2422(b).

## COUNT TWO

On or about June 1, 2015, in the Middle District of Florida, and elsewhere, the defendant,

**RICHARD FRANKLIN JENSEN, III,**
a/k/a "Frank,"

using any means or facility of interstate commerce, that is, a computer, did knowingly attempt to transfer obscene matter to another individual who had not attained the age of 16 years, knowing that the other individual had not attained the age of 16 years.

In violation of 18 U.S.C. § 1470.

## FORFEITURE

1.	The allegations contained in Count One and are incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of 18 U.S.C. §§ 1467 and 2428.

2.	Upon conviction of a violation of 18 U.S.C. § 2422(b), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 2428:

a.	any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and

b.	any property, real or personal, constituting or derived from any proceeds that such person obtained, directly or indirectly, as a result of such.

2

3.      Upon conviction of a violation of 18 U.S.C. § 1470, the

defendant shall forfeit to the United States of America, pursuant to 18 U.S.C.

§ 1467, any interest in:

a.      any obscene material produced, transported, mailed,

shipped, or received in violation of Title 18, United States Code, Chapter 71;

b.      any property, real or personal, constituting or traceable to

gross profits or other proceeds obtained from the offense; and

c.      any property, real or personal, used or intended to be used

to commit or to promote the commission of the offense.

4.      The property to be forfeited includes, but is not limited to, the

following: an Apple iMac computer, and an Apple iPhone 5.

5.      If any of the property described above, as a result of any act or

omission of the defendant:

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to, or deposited with, a third
        person;

c.      has been placed beyond the jurisdiction of the Court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be
        subdivided without difficulty;

3

the United States shall be entitled to forfeiture of substitute property pursuant

to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c) and 18 U.S.C.

§ 1467(b).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Lisa M. Thelwell
Assistant United States Attorney

By _____
Amanda L. Riedel
Assistant United States Attorney
Acting Chief, Special Victims Section

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

## THE UNITED STATES OF AMERICA

vs.

## RICHARD FRANKLIN JENSEN, III
a/k/a "Frank"

## INDICTMENT

Violations:   18 U.S.C. § 2422(b)
18 U.S.C. § 1470

A true bill,

_____
Foreperson

Filed in open court this 20th day

of February 2019.

_____
Clerk

Bail $_____

GPO 863 525