UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,  Case No. 8:19-cr-68-T-24TGW

Plaintiff, ☐
Government ☒                  ☐ Evidentiary
                               ☒ Trial
                               ☐ Other

v.

RICHARD FRANKLIN JENSEN, III

Defendant ☐

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | 11/18/19 | 11/18/19 | T. Botterbusch | Screenshots of "Rachel" Motherless Profile |
| 2 | 11/18/19 | 11/18/19 | T. Botterbusch | Screenshots of "Hotdirtystud" Motherless Profile |
| 3 | 11/18/19 | 11/18/19 | T. Botterbusch | Screenshots of "Rachel" Motherless Message Inbox |
| 3A | 11/18/19 | 11/18/19 | T. Botterbusch | May 23, 2015 at 2:49 p.m. Message from "Hotdirtystud" to "Rachel" on Motherless |
| 3B | 11/18/19 | 11/18/19 | T. Botterbusch | May 26, 2015 at 2:20 p.m. Message from "Rachel" to "Hotdirtystud" on Motherless |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 3C | 11/18/19 | 11/18/19 | T. Botterbusch | May 26, 2015 at 4:36 p.m. Message from "Hotdirtystud" to "Rachel" on Motherless |
| 3D | 11/18/19 | 11/18/19 | T. Botterbusch | May 27, 2015 at 2:22 p.m. Message from "Rachel" to "Hotdirtystud" on Motherless |
| 3E | 11/18/19 | 11/18/19 | T. Botterbusch | May 27, 2015 at 2:51 p.m. Message from "Hotdirtystud" to "Rachel" on Motherless |
| 3F | 11/18/19 | 11/18/19 | T. Botterbusch | May 27, 2015 at 3:39 p.m. Message from "Rachel" to "Hotdirtystud" on Motherless |
| 3G | 11/18/19 | 11/18/19 | T. Botterbusch | May 28, 2015 at 10:02 a.m. Message from "Hotdirtystud" to "Rachel" on Motherless |
| 3H | 11/18/19 | 11/18/19 | T. Botterbusch | May 28, 2015 at 12:48 p.m. Message from "Hotdirtystud" to "Rachel" on Motherless |
| 3I | 11/18/19 | 11/18/19 | T. Botterbusch | May 28, 2015 at 4:28 p.m. Message from "Hotdirtystud" to "Rachel" on Motherless |

Case No.: 8:19-cr-68-T-24TGW                              Page 3 of 11 Pages

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 3J | 11/18/19 | 11/18/19 | T. Botterbusch | May 28, 2015 at 5:16 p.m. Message from "Hotdirtystud" to "Rachel" on Motherless |
| 3K | 11/18/19 | 11/18/19 | T. Botterbusch | May 29, 2015 at 10:14 a.m. Message from "Hotdirtystud" to "Rachel" on Motherless |
| 3L | 11/18/19 | 11/18/19 | T. Botterbusch | May 29, 2015 at 11:50 a.m. Message from "Hotdirtystud" to "Rachel" on Motherless |
| 3L1 | 11/18/19 | 11/18/19 | T. Botterbusch | Attachment to "Hotdirtystud's" May 29, 2015 11:50 a.m. Message to "Rachel" |
| 3M | 11/18/19 | 11/18/19 | T. Botterbusch | May 29, 2015 at 1:08 p.m. Message from "Rachel" to "Hotdirtystud" on Motherless |
| 4 | 11/18/19 | 11/18/19 | T. Botterbusch | Emails Between "Frank" and "Rachel" |
| 4A | 11/18/19 | 11/18/19 | T. Botterbusch | Attachment to "Frank's June 1, 2015 Email to "Rachel" (Erect Penis) |
| 4B | 11/18/19 | 11/18/19 | T. Botterbusch | Attachment to "Frank's June 1, 2015 Email to "Rachel" (Erect Penis) |
| 4C | 11/18/19 | 11/18/19 | T. Botterbusch | Attachment to "Frank's June 1, |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
|  |  |  |  | 2015 Email to "Rachel" (Nude Erect Penis) |
| 4D | 11/18/19 | 11/18/19 | T. Botterbusch | Attachment to "Frank's June 1, 2015 Email to "Rachel" (Muscle Pose) |
| 4E | 11/18/19 | 11/18/19 | T. Botterbusch | Attachment to "Frank's June 1, 2015 Email to "Rachel" (Outdoor by Beach) |
| 4F | 11/18/19 | 11/18/19 | T. Botterbusch | Attachment to "Frank's June 1, 2015 Email to "Rachel" (Outdoor by River) |
| 4G | 11/18/19 | 11/18/19 | T. Botterbusch | Attachment to "Rachel's" June 1, 2015 Email to "Frank" ("Nicky" Hand Stand Split) |
| 4H | 11/18/19 | 11/18/19 | T. Botterbusch | Attachment to "Rachel's" May 31, 2015 Email to "Frank" ("Nicky" and "Rachel") |
| 5 | 11/18/19 | 11/18/19 | T. Botterbusch | "Rachel's" May 31, 2015 Email to "Frank" |
| 5A | 11/18/19 | 11/18/19 | T. Botterbusch | Attachment to "Rachel's" May 31, 2015 Email to "Frank" ("Nicky" Jumping) |
| 5B | 11/18/19 | 11/18/19 | T. Botterbusch | Attachment to "Rachel's" May 31, 2015 Email to "Frank" |

# EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
|  |  |  |  | ("Nicky" Headshot) |
| 5C | 11/18/19 | 11/18/19 | T. Botterbusch | Attachment to "Rachel's" May 31, 2015 Email to "Frank" ("Nicky" Outdoor Headshot) |
| 6 | 11/19/19 | 11/19/19 | T. Botterbusch | "Frank's" Emails to "Nicky" |
| 6A | 11/19/19 | 11/19/19 | T. Botterbusch | "Frank's" First Email to "Nicky" (June 1, 2015) |
| 6B | 11/19/19 | 11/19/19 | T. Botterbusch | "Frank's" Second Email to "Nicky" (June 2, 2015) |
| 6C | 11/19/19 | 11/19/19 | T. Botterbusch | "Frank's" Third Email to "Nicky" (June 2, 2015) |
| 7 | 11/19/19 | 11/19/19 | T. Botterbusch | Texts Between "Frank" and "Rachel" |
| 8 | 11/19/19 | 11/19/19 | T. Botterbusch | Texts Between "Frank" and "Nicky" |
| 9A | 11/19/19 | 11/19/19 | T. Botterbusch | Screenshot Richard Jensen's Facebook Profile Page |
| 9B | 11/19/19 | 11/19/19 | T. Botterbusch | Screenshot Richard Jensen's Facebook Profile (About Section) |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 9C | 11/19/19 | 11/19/19 | T. Botterbusch | Screenshot Richard Jensen's Facebook Profile Picture |
| 9D | 11/19/19 | 11/19/19 | T. Botterbusch | Screenshot Richard Jensen's Facebook Profile (Cover Profile Picture) |
| 9E | 11/19/19 | 11/19/19 | T. Botterbusch | Screenshot Richard Jensen's Facebook Profile (Friends Section) |
| 9F | 11/19/19 | 11/19/19 | T. Botterbusch | Screenshot Richard Jensen's Profile Page (Photos Section) |
| 10 | 11/19/19 | 11/19/19 | T. Botterbusch | Certified DMV Records |
| 11 | 11/19/19 | 11/18/19 | Stipulated | Motherless Subscriber Information |
| 11A | 11/19/19 | 11/18/19 | | Motherless Subscriber Login History |
| 12 | 11/19/19 | 11/18/19 | | Comcast Subscriber Information |
| 13 | 11/19/19 | 11/18/19 | | Yahoo! Subscriber Information |
| 13A | 11/19/19 | 11/18/19 | | Yahoo! IP Login Information |
| 14 | 11/19/19 | 11/19/19 | T. Botterbusch | Voicemail to Undercover Phone |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| | | | | from 404-548-7599 on June 4, 2015 at 4:03 p.m. |
| 14T | 11/19/19 | 11/19/19 | T. Botterbusch | Transcript of Voicemail to Undercover Phone from 404-548-7599 on June 4, 2015 at 4:03 p.m. |
| 15 | 11/19/19 | 11/19/19 | T. Botterbusch | Recorded Phone Call with Richard Jensen |
| 15T | 11/19/19 | 11/19/19 | T. Botterbusch | Transcript of Recorded Phone Call with Richard Jensen |
| 16 | 11/19/19 | 11/19/19 | T. Botterbusch | Google Search of "lilgymbrat 13" |
| 17 | 11/19/19 | 11/19/19 | T. Botterbusch | Northwest Herald Article |
| 18 | 11/20/19 | 11/20/19 | S. Towe | IP Data from Northwest Herald |
| 18A | 11/20/19 | 11/20/19 | S. Towe | IP Access Data – Front 1 |
| 18A-1 | 11/20/19 | 11/20/19 | S. Towe | Screenshot of IP Access Data – Front 1 |
| 18B | 11/20/19 | 11/20/19 | S. Towe | IP Access Data – Front 2 |
| 18B-1 | 11/20/19 | 11/20/19 | S. Towe | Screenshot of IP Access Data – Front 2 |

Case No.: 8:19-cr-68-T-24TGW                                    Page 8 of 11 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 18C | 11/20/19 | 11/20/19 | S. Towe | Screenshot of Excel Find "aogheeb" on Front 1 |
| 18D | 11/20/19 | 11/20/19 | S. Towe | Screenshot of Excel Find "aogheeb" on Front 2 |
| 18E | 11/20/19 | 11/20/19 | S. Towe | Screenshot of Excel Find IP address "98.242.70.168" on Front 1 |
| 18F | 11/20/19 | 11/20/19 | S. Towe | Screenshot of Excel Find IP address "98.242.70.168" on Front 2 |
| 18G | 11/20/19 | 11/20/19 | S Towe | Northwest Herald Article Forensic Summary Chart |
| 19 | 11/19/19 | 11/19/19 | T. Botterbusch | Quail Pointe Publishing, LLC Certified Certificate of Organization |
| 20 | 11/19/19 | 11/19/19 | T. Botterbusch | Screenshot of Georgia Secretary of State Website |
| 21A | 11/19/19 | 11/19/19 | T. Botterbusch | Search Warrant Photo of Exterior of Residence |
| 21B | 11/19/19 | 11/19/19 | T. Botterbusch | Search Warrant Photo of Computer Room |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 21C | 11/19/19 | 11/19/19 | T. Botterbusch | Search Warrant Photo of Computer Room |
| 21D | 11/19/19 | 11/19/19 | T. Botterbusch | Search Warrant Photo of Computer Desk (close up) |
| 21E | 11/19/19 | 11/19/19 | T. Botterbusch | Search Warrant Photo of Shirt in Basement |
| 21F | 11/19/19 | 11/19/19 | T. Botterbusch | Search Warrant Photo of Apple iPhone 5 |
| 22 | 11/20/19 | 11/20/19 | S. Owens | Apple iMac Desktop Computer (sub) |
| 22A | 11/19/19 | 11/19/19 | T. Botterbusch | Motherless Browser History Extraction Report for Apple iMac Desktop Computer |
| 22B | | 11/18/19 | Stipulated | Identifier Extraction Report for Apple iMac Desktop Computer |
| 22C | 11/20/19 | 11/20/19 | S. Towe | Forensic Report for Apple iMac computer |
| 23 | 11/20/19 | 11/20/19 | S. Owens | Apple iPhone 5 (sub) |
| 23A | | 11/18/19 | Stipulated | iPhone 5 Extraction Report of User Accounts |

Case No.: 8:19-cr-68-T-24TGW                    Page 10 of 11 Pages

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 23B | | 11/18/19 | Stipulated | iPhone 5 Extraction Report of Jensen Images |
| 23C | | 11/18/19 | Stipulated | Kik Thumbnail Extraction Report for Apple iPhone 5 |
| 23D | | | | Reserved |
| 24 | | | | Curriculum Vitae of Dr. Wilson |
| 25 | | | | Dr. Wilson Course Syllabus |
| 26 | 11/20/19 | 11/20/19 | R. Wilson | Photocopy Excerpt of Domestic Relations Case Book |
| 27 | 11/20/19 | 11/20/19 | R. Wilson | Article: Sex Play in Virtual Worlds |
| 28 | | | | Robin Wilson Email May 1, 2013 |
| 29 | | | | Robin Wilson Email May 13, 2013 |
| 30 | | | | Robin Wilson Email January 14, 2014 |
| 31 | | | | Robin Wilson Email March 6, 2018 |

Case No.: 8:19-cr-68-T-24TGW                     Page 11 of 11 Pages

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 32 | 11/19/19 | 11/18/19 | Stipulated | AT&T Call Records |
| 32A | 11/19/19 | 11/18/19 | Stipulated | AT&T Call Records (pg. 121) |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |