UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                          Case No. 8:19-cr-68-T-24TGW

RICHARD FRANKLIN JENSEN, III
_____/

## VERDICT

1. **Count One of the Indictment**

    As to the offense of Attempted Enticement of a Minor, in violation of 18 U.S.C. § 2422(b),

    We, the Jury, find the defendant, Richard Franklin Jensen, III:

    Guilty ___✓___   Not Guilty _____

2. **Count Two of the Indictment**

    As to the offense of Attempted Transfer of Obscene Material to a Minor, in violation of 18 U.S.C. § 1470,

    We, the Jury, find the defendant, Richard Franklin Jensen, III:

    Guilty ___✓___   Not Guilty _____

SO SAY WE ALL, this 22 day of November, 2019.

_____[signature]_____
FOREPERSON